People ex rel. Leavitt v Maginley-Liddie (2025 NY Slip Op 03077)

People ex rel. Leavitt v Maginley-Liddie

2025 NY Slip Op 03077

Decided on May 21, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on May 21, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

MARK C. DILLON, J.P.
LINDA CHRISTOPHER
LILLIAN WAN
PHILLIP HOM, JJ.

2025-05005

[*1]The People of the State of New York, ex rel. Robin Gordon Leavitt, on behalf of Ari Manswell, petitioner, 
v
Lynelle Maginley-Liddie, etc., respondent.

Robin Gordon Leavitt, Brooklyn, NY, petitioner pro se.
Eric Gonzalez, District Attorney, Brooklyn, NY (Leonard Joblove, Jordan Cerruti, and Andrew Gruna of counsel), for respondent.

DECISION & JUDGMENT
Writ of habeas corpus in the nature of an application to release Ari Manswell upon his own recognizance or, in the alternative, to set reasonable bail upon Kings County Indictment No. 77100/2024.
ADJUDGED that the writ is dismissed, without costs or disbursements.
The determination of the Supreme Court, Kings County, did not violate "constitutional or statutory standards" (People ex rel. Klein v Krueger , 25 NY2d 497, 499; see People ex rel. Rosenthal v Wolfson , 48 NY2d 230).
DILLON, J.P., CHRISTOPHER, WAN and HOM, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court